[Cite as *Shaker Hts. v. El-Bey*, 2017-Ohio-9022.]

# Court of Appeals of Ohio

EIGHTH APPELLATE DISTRICT
COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
**Nos. 105701 and 105702**

## CITY OF SHAKER HEIGHTS

PLAINTIFF-APPELLEE

vs.

## BRANDON PROFIT EL-BEY

DEFENDANT-APPELLANT

**JUDGMENT:**
AFFIRMED

Criminal Appeal from the
Shaker Heights Municipal Court
Case Nos. 17 TRD 01124 and 17 CRB 00154

**BEFORE:** S. Gallagher, J., Kilbane, P.J., and Blackmon, J.

**RELEASED AND JOURNALIZED:** December 14, 2017

**FOR APPELLANT**

Brandon N. Profit El-Bey, pro se
4115 E. 138th Street
Cleveland, Ohio   44108


**ATTORNEY FOR APPELLEE**

C. Randolph Keller
City of Shaker Heights
3400 Lee Road
Shaker Heights, Ohio    44120

SEAN C. GALLAGHER, J.:

**{¶1}** This is an accelerated appeal brought pursuant to App.R. 11.1 and Loc.App.R. 11.1. Brandon Profit El-Bey appeals his convictions for operating a vehicle without a license, failing to stop at a stop sign, driving with expired or unlawful license plates, and carrying a concealed weapon. By designating this as an accelerated appeal, El-Bey has "agreed that we may render a decision in 'brief and conclusionary form' consistent with App.R. 11.1(E)." *State v. D.F.*, 8th Dist. Cuyahoga No. 104410, 2017-Ohio-534, ¶ 1.

**{¶2}** El-Bey does not dispute that he violated several ordinances or the validity of the underlying convictions. Instead, El-Bey asserts that he is not subject to the Shaker Heights Codified Ordinances because he is a national of the "Tribal-Nation, United Washitaw de Dugdahmoundyah Mu'urs."

**{¶3}** "Numerous courts have rejected similar challenges to convictions based on 'sovereign citizen' or 'sovereign nation' arguments." *Shaker Hts. v. El-Bey*, 8th Dist. Cuyahoga No. 104236, 2017-Ohio-929, ¶ 6, citing *State v. Wyley*, 8th Dist. Cuyahoga No. 102889, 2016-Ohio-1118, ¶ 6-7, 11-12; *Garfield Hts. v. Foster*, 8th Dist. Cuyahoga No. 102965, 2016-Ohio-2834, ¶ 9; *State v. Few*, 2d Dist. Montgomery No. 25969, 2015-Ohio-2292, ¶ 6; *State v. Blacker*, 12th Dist. Warren No. CA2008-07-094, 2009-Ohio-5519, ¶ 7-10; *St. Paris v. Galluzzo*, 2d Dist. Champaign No. 2014-CA-29, 2015-Ohio-3385, ¶ 46; *State v. Matthews*, 2d Dist. Greene No. 2015-CA-73,

2016-Ohio-5055, ¶ 3-6; *Friend v. Schatzman*, M.D.N.C. No. 1:15CV231, 2015 U.S. Dist. LEXIS 36332, 3-5 (Mar. 24, 2015).

{¶4} In light of the fact that El-Bey does not challenge the legal or factual basis of his convictions and seeks only to assert his status as a sovereign person as a means to avoid application of the Shaker Heights Codified Ordinances, a principle rejected by this and a majority of courts, we affirm.

It is ordered that appellee recover from appellant costs herein taxed. The court finds there were reasonable grounds for this appeal.

It is ordered that a special mandate issue out of this court directing the municipal court to carry this judgment into execution.

A certified copy of this entry shall constitute the mandate pursuant to Rule 27 of the Rules of Appellate Procedure.


SEAN C. GALLAGHER, JUDGE

MARY EILEEN KILBANE, P.J., and
PATRICIA ANN BLACKMON, J., CONCUR